ELIZABETH A. COONAN v. AMERICAN HOUSE FURNISHING
COMPANY.[1]

April 11, 1902.

Nos. 12,946—(108).

**Personal Injury—Assumption of Risk.**

> In an action for damages for personal injuries, the evidence is *held*
> not conclusive that plaintiff was guilty of contributory negligence, or
> that she assumed the risks incident to the defect causing her injury.

Action in the district court for Ramsey county to recover
$10,125 for personal injuries. The case was tried before Kelly, J.,
and a jury, which rendered a verdict in favor of plaintiff for $456.
From an order denying a motion for judgment notwithstanding
the verdict or for a new trial, defendant appealed. Affirmed.

*Munn & Thygeson,* for appellant.

*Henry Conlin* and *James R. Hickey,* for respondent.

BROWN, J.[2]

Action to recover damages for personal injuries alleged to have
been caused by the negligence of defendant. Plaintiff had a
verdict in the court below, and defendant appeals from an order
denying its alternative motion for a judgment notwithstanding
the verdict, or for a new trial.

The action has been twice tried in the court below, resulting on
each trial in a verdict for plaintiff. The only question presented
to this court is whether the evidence is conclusive that plaintiff
was guilty of contributory negligence, or assumed the risks inci-
dent to the defect causing her injury. We have examined the
evidence very fully, and reach the conclusion that the question
whether plaintiff was chargeable with contributory negligence
was one of fact for the jury to determine, and that, though a
strong case for plaintiff is not made out, the evidence is not so
conclusive as to justify this court in concluding, as a matter of

---

[1] Reported in 89 N. W. 1130.        [2] LEWIS, J., absent, took no part.

law, that she assumed such risks, or was guilty of contributory negligence.

Order affirmed.